# Kay McAlister

| | |
|---|---|
| **From:** | Kay McAlister |
| **Sent:** | Thursday, February 10, 2022 2:37 PM |
| **To:** | acox@spartanburgcounty.org |
| **Subject:** | Rusch v. Karlsen et al, USDC #7-22-cv-390-TMC, Spartanburg County #2021-CP-42-00652, Order to Remand |
| **Attachments:** | 22-390 remand text order certified.pdf |
| **Importance:** | High |

Good afternoon, attached is the certified remand text order signed by Judge Cain.
Please reply to confirm receipt of the certified copy of the order.
FYI, a hard copy will follow in the mail.

Thank you and stay safe,
Kay McAlister, Civil Case Manager
for the Honorable Judge Timothy M. Cain
and the Honorable Senior Judge Henry M. Herlong, Jr.
864-241-2707